FILED

02/15/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0499

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA-23-0499

**IN RE THE MATTER OF THE ESTATE OF:**

**CAL R. NUNN**,

Deceased.

On Appeal from the Montana Tenth Judicial District Court,
Petroleum County, Cause No. DP-2020-06, Hon. Wm. Nels Swandal

## ORDER GRANTING EXTENSION OF TIME

This matter came before the Court on Appellee's, Molly Nunn, Jace Nunn, and Cy Nunn ("Nunn Children"), Motion for Extension of Time to file Response to Opening Brief.

This is Appellees' first Motion for Extension of Time, and it is unopposed.

IT IS, THEREFORE, ORDERED that,

1. The Motion for Extension of Time is GRANTED;

2. Appellees' shall have until March 21, 2024 to file their response briefs.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 15 2024